UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JIMMY ADAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-12075** |
| **MARTIN CODY, ET AL.** | **SECTION: "A"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation[1], hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's 42 U.S.C. § 1983 claims are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

New Orleans, Louisiana, this 4th day of November, 2016.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Report and Recommendation sent to Plaintiff Jimmy Adams was returned as undeliverable. The Court has verified that Plaintiff is no longer at his listed address. Local Civil Rule 11.1 states that each "pro se litigant has a continuing obligation promptly to notify the court of any address or telephone number change," and Plaintiff has failed to do so.